The Honorable Judge Philip H. Brandt
Chapter 13

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| In Re:<br><br>Kris Puderbaugh and<br>Dianna Puderbaugh<br><br>Debtors. | No. 09-46060-PHB<br><br>Entry of Appearance and Request for Special Notice By Chase Home Finance LLC |
|---|---|

TO: Clerk of the Court
Christina M Latta Henry, Counsel for the Debtors

COMES NOW Routh Crabtree Olsen and hereby appears in the above-entitled proceedings on behalf of Chase Home Finance LLC, creditors and parties in interest with regard to these proceedings, and do hereby request that notice of all matters, proceedings and documents filed herein, be served upon the undersigned attorney at the address 3535 Factoria Blvd SE, Suite 200, Bellevue, WA 98006.

This request for notice is in addition to, and not in lieu of, any notice to which the above named party in interest is otherwise entitled to receive. Specifically, this notice can in no way be construed as a grant of authority from Creditor to counsel to accept service on behalf of Creditor or otherwise waive in any way the right of Creditor to the full rights of service as may be accorded under local and federal rules.

As part of this Request for Special Notice, the undersigned does hereby request special notice of all matters for which special notice may be requested by parties in interest pursuant to Bankruptcy Rule 2002.

Dated this  15th     day of October 2009.

**ROUTH CRABTREE OLSEN, P.S.**

By:  /s/  Mark Moburg
        Mark Moburg, WSBA# 19463
        Attorneys for Chase Home Finance LLC

Entry of Appearance
Page - 1

**ROUTH CRABTREE OLSEN, P.S.**
3535 FACTORIA BLVD. SE, SUITE 200
BELLEVUE, WA 98006
TELEPHONE (425) 458-2121 ◆ FACSIMILE (425) 458-2131

Case 09-46060-BDL    Doc 27    Filed 10/16/09    Entered 10/16/09 16:00:41    Page 1 of 1