David M. Howe, Chapter 13 Trustee
1551 Broadway, Ste. 600
Tacoma, Washington 98402
253-572-6600

Entered on Docket Dec. 01, 2010

Judge Brian D. Lynch
Location: Tacoma, Washington

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| In Re:<br><br>Kris Puderbaugh<br>Dianna Puderbaugh<br><br>                Debtors | In Chapter 13 No. 09-46060-BDL<br><br>ORDER CONFIRMING 2ND Amended<br>CHAPTER 13 PLAN FILED<br>Friday, October 29, 2010<br>ECF Docket No: 56 |

This matter having come on for hearing this date before the undersigned Bankruptcy Judge, and the Court having heard the arguments, if any, for and against confirmation, and having considered the recommendation of the Chapter 13 Trustee that the Chapter 13 Plan be approved, as evidenced by the Trustee's signature below, the Court hereby ORDERS:

1. That subject to the terms of this order, the plan proposed by the debtors filed October 29, 2010 is hereby confirmed;

2. The debtors shall incur no additional debt except by prior Court Order;

3. The debtors shall inform the Trustee of any changes in circumstances or receipt of additional income; and shall comply with any request of the Trustee with respect to financial information; and shall, during the life of the plan, timely file all required tax returns;

4. The Trustee shall charge such percentage fees as may periodically be fixed by the Attorney General pursuant to 28 U.S.C. §586(e);

5. That to the extent debtors have proposed a less than 100% plan, all fo the debtors' projected disposable income beginning on the date the first payment is due under the plan shall be applied to make payments under the plan pursuant to 11 U.S.C. §1325(b)(1)(B);

6. Nothing in this order or the propsed plan shall restrict the Trustee from recovering on claims on avoidance actions or otherwise, including claims pursuant to 11 U.S.C. §544, 547, 548, 550, and/or 551. The estate retains the right and standing to pursue all claims including those under the previously enumerated sections.

7. Kris Puderbaugh and Dianna Puderbaugh are eligible for a Discharge pursuant to 11 U.S.C. § 1328(f).

8. Other Provisions: SEE FORM PLAN

Dated: December 1, 2010

_____
Brian D. Lynch
U. S. Bankruptcy Court Judge

_____
David M. Howe, Chapter 13 Trustee

ORDER CONFIRMING CHAPTER 13 PLAN